# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Deborah S Shockley  
            Debtor.

Case No.: 20-13818-mdc  
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2020, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which sent notification of such filing to the following, and a copy was sent by First Class Mail to the following:

William C Miller  
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee  
USTPRegion03.PH.ECF@usdoj.gov

Montgomery County Tax Claim Bureau  
Michael D Vagnoni, Esquire  
Centre Square West  
1500 Market Street  
Philadelphia, Pa 19102

Montgomery County Tax Claim Bureau  
One Montgomery Plaza  
PO Box 190  
Norristown, PA 19404

/s/George R Tadross, Esquire  
George R Tadross, Esquire  
128 Chestnut Street, Suite 204  
Philadelphia, PA 19106  
267-643-1415 (phone)  
267-885-2377 (fax)  
Attorney for Debtor