Certificate Number: 06501-PAE-DE-040074060

Bankruptcy Case Number: 20-13818



06501-PAE-DE-040074060

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2025, at 11:20 o'clock AM CDT, Deborah Shockley completed a course on personal financial management given by internet by Arbor Investments LTD., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 10, 2025                By:   /s/Carlo Skrupa

                                          Name:  Carlo Skrupa

                                          Title:  Program Manager